IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF
NEBRASKA

| | |
|---|---|
| **GERTRUDE REEVES,**<br><br>   Plaintiff,<br><br>vs.<br><br>**NOVARTIS PHARMACEUTICALS CORPORATION,**<br><br>   Defendant. | Case No.: 4:21-cv-03186 |

## PLAINTIFF'S CERTIFICATE OF SERVICE
## OF RULE 26(a)(1)(A) INITIAL DISCLOSURES

I HEREBY CERTIFY that Plaintiff, GERTRUDE REEVES, has on this 19th day of January, 2022, served Defendant with Plaintiff's Rule 26(a)(1)(A) Initial Disclosures via electronic mail to:

Cassem, Tierney, Adams, Gotch & Douglas
Michael K. Huffer, Esquire
mhuffer@ctagd.com
Ronald F. Krause, Esquire
rkrause@ctagd.com
Kathryn Cheatle, Esquire
kcheatle@ctagd.com
9290 West Dodge Road, Suite 302
Omaha, NE  68114

Hollingsworth, LLP
Matthew J. Malinowski, Esquire
mmalinowski@hollingsworthllp.com
Robert E. Johnston, Esquire
rjohnston@hollingsworthllp.com
Carter F. Thurman, Esquire
cthurman@hollingsworthllp.com
Shannon N. Proctor, Esquire
sproctor@hollingsworthllp.com
1350 I Street, Northwest
Washington, DC  20005

*Attorneys for Defendant*

2

DATED: January 19, 2022

                                            Respectfully submitted,

                                            */s/ Brandon L. Bogle*
                                          Brandon L. Bogle, Esq. FL Bar #52624
                                          Levin, Papantonio, Rafferty, Proctor,
                                              Buchanan, O'Brien, Barr & Mougey, P.A.
                                          316 South Baylen Street, Suite 600
                                          Pensacola, FL  32502
                                          (850) 435-7043
                                          Fax: (850) 435-7020

                                          *Attorney for Plaintiff*